UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-12-13

| | |
|---|---|
| JESSE MCDOWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-CV-3786 |
| v. ) | Judge Robert W. Sweet |
| ) | |
| ELI LILLY AND COMPANY, ) | **[PROPOSED] Scheduling Order** |
| an Indiana Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Scheduling Order.

I.      Discovery Period for Core Case-Specific Discovery.  November 15, 2013 - March 21, 2014.

   A.      Deadline for production of documents contained in Cymbalta® IND/NDA files. December 2, 2013.

   B.      Deadline for production of all documents concerning (1) Plaintiff's treatment with Cymbalta® and (2) any medical treatment or evaluation Plaintiff received for any injury Plaintiff claims resulted from the use of Cymbalta®.  January 17, 2014.

   C.      Deposition of Prescribing Physicians and Plaintiff:  30 days following completed production of Paragraph I(B) materials.

   D.      Deadline for filing of all summary judgment motions on Core Case-Specific Discovery issues:  30 days following depositions provided for under Paragraph I(C).

II.     Discovery Period for Non-Core Discovery:[1]  March 24, 2014-June 1, 2014.  All discovery requests shall be served in time for the responses thereto to be served by this date.  *De bene esse* depositions must be completed by the discovery deadline.

---

[1] All Non-Core Discovery will be stayed pending resolution of any summary judgment motion filed at the close of Core Discovery.

SO ORDERED.

DATED: _l l ~ l l_, 2013

New York, New York

ROBERT W. SWEET

UNITED STATES DISTRICT JUDGE