UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Jesse McDowell,

                 Plaintiff,

              v.

Eli Lilly and Company,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

13 Civ. 03786 (RWS, GWG)

ECF CASE

## **DEFENDANT'S NOTICE OF MOTION OF SUMMARY JUDGMENT**

        PLEASE TAKE NOTICE that Defendant Eli Lilly and Company ("Lilly"), upon the accompanying Declaration of Brett C. Reynolds; the exhibits thereto; and the accompanying Memorandum of Law and Statement Pursuant to Local Civil Rule 56.1, will move this Court, before The Honorable Robert W. Sweet, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 18C, 500 Pearl Street, New York, NY, on September 17, 2014, at 12:00 pm, for an Order (1) granting summary judgment in favor of Defendant and against Plaintiff Jesse McDowell; and (2) granting such other and further relief as the Court may deem just and proper.

Dated: July 7, 2014

COVINGTON & BURLING LLP

*/s/ Phyllis A. Jones*_____
Phyllis A. Jones, *pro hac vice*
Brett C. Reynolds, *pro hac vice pending*
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 662-5868
pajones@cov.com

*Attorneys for Defendant Eli Lilly and Company*